**Order entered June 8, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00022-CV

**DEEPA CHINTAM A/K/A DEEPA ADEMA, Appellant**

**V.**

**BHOOMANNA CHINTAM, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-15178**

### ORDER

Before the Court is the June 7, 2022 request of Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **July 7, 2022**. We caution Ms. Finkley that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE